IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00239-MR

| | |
|---|---|
| **KENNETH HANCOCK,**  )<br>  )<br> Plaintiff, )<br>  )<br>  )<br> vs.  )<br>  )<br>  )<br>**BANK OF AMERICA, N.A.,**  )<br>**ANDREA DICKENS, and**  )<br>**RONALD BERG,**  )<br>  )<br> Defendants. )<br>_____ ) | **O R D E R** |

**THIS MATTER** is before the Court on the Plaintiff's Response to Show Cause Order [Doc. 25].

Upon review of the Plaintiff's Response, the Court finds that the Plaintiff has stated good cause for his failure to effect service on the Defendant Andrea Dickens.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall have through and including April 14, 2013 within which to cause new summons to issue and to complete service of process on the Defendant Andrea Dickens.

**IT IS SO ORDERED.**

Signed: February 19, 2013

Martin Reidinger
United States District Judge

2