# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# ASHEVILLE DIVISION
# CIVIL CASE NO. 1:12-cv-00239-MR

| | |
|---|---|
| **KENNETH HANCOCK,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| **BANK OF AMERICA, N.A.,** ) | |
| **ANDREA DICKENS, and** ) | |
| **RONALD BERG,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

**THIS MATTER** is before the Court on the Plaintiff's Response to Show Cause Order [Doc. 25].

Upon review of the Plaintiff's Response, the Court finds that the Plaintiff has stated good cause for his failure to effect service on the Defendant Andrea Dickens.

Accordingly, **IT IS, THEREFORE, ORDERED** that the Plaintiff shall have through and including April 14, 2013 within which to cause new summons to issue and to complete service of process on the Defendant Andrea Dickens.

**IT IS SO ORDERED.**

Signed: February 19, 2013

Martin Reidinger
United States District Judge