IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CIVIL CASE NO. 1:12-cv-00239-MR

| | |
|---|---|
| KENNETH HANCOCK, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| BANK OF AMERICA, N.A., ) | |
| ANDREA DICKENS, and ) | |
| RONALD BERG, ) | |
| ) | |
| Defendants. ) | |

**THIS MATTER** is before the Court on the Plaintiff's Motion to Dismiss Claims against Defendant Andrea Dickens [Doc. 31].

For the reasons stated in the Plaintiff's Motion, and for cause shown,

**IT IS, THEREFORE, ORDERED** that the Plaintiff's Motion to Dismiss [Doc. 31] is **GRANTED**, and Defendant Andrea Dickens is hereby **DISMISSED WITHOUT PREJUDICE** from this action.

**IT IS SO ORDERED.**

Signed: April 18, 2013

Martin Reidinger
United States District Judge